# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ESTRADA,<br><br>        Petitioner,<br><br>   v.<br><br>MARTIN BITER,<br><br>        Respondent. | Case No. 1:14-cv-00679- GSA-HC<br><br>ORDER DENYING PETITIONER'S MOTION TO FILE SURREPLY<br><br>(ECF No. 19) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On October 6, 2014, Petitioner filed a motion to file a surreply.  Petitioner's surreply is unauthorized by the Federal Rules of Civil Procedure and the Local Rules.  Local Rule 230 contemplates a motion, an opposition, and a reply.  The Court does not desire any further briefing on the motion to dismiss.  Furthermore, Petitioner's surreply raises the same arguments that he raised in his opposition to the motion to dismiss.  Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to file a surreply is denied.

IT IS SO ORDERED.

Dated:   **November 19, 2014**         **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

1