# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME I. ESTRADA,<br><br>    Petitioner,<br><br>    v.<br><br>MARTIN BITER,<br><br>    Respondent. | Case No.  1:14-cv-00679-AWI-GSA-HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS<br><br>(ECF No. 22) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On December 18, 2014, Respondent filed a motion to extend the time to file objections to the Findings and Recommendation.

Good cause having been presented to the Court,

IT IS HEREBY ORDERED that Respondent is granted to and including January 19, 2015, to file objections to the Findings and Recommendation, and any reply to the objections shall be served and filed within fourteen (14) days after service of the objections.

IT IS SO ORDERED.

Dated:  **December 19, 2014**            **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

1