1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME I. ESTRADA, | Case No.  1:14-cv-00679-AWI-GSA-HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION (ECF No. 20) |
| v. | ORDER DENYING RESPONDENT'S MOTION TO DISMISS (ECF No. 14), |
| MARTIN BITER, | DENYING PETITIONER'S MOTION FOR DISCOVERY (ECF No. 9), DISMISSING |
| Respondent. | PETITIONER'S MOTION FOR STAY (ECF No. 1), AND DISMISSING PETITIONER'S MOTION TO LIFT STAY (ECF No. 15) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 20, 2014, the Magistrate Judge issued a Findings and Recommendation that recommended that Respondent's motion to dismiss be denied, Petitioner's motion for discovery be denied without prejudice, Petitioner's motion for stay and abeyance be denied as moot, and Petitioner's motion to lift the stay be denied as moot.  (ECF No. 20).  On November 20, 2014, the Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days after being served with this Findings and Recommendation.  Respondent was granted two motions for extension of time to file objections.

On February 17, 2015, Respondent filed his response to the Findings and Recommendation, in which he indicated that he does not intend to file objections to the statute of

limitations ruling by the Court.  (ECF No. 28).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendation.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 20, 2014, is ADOPTED IN FULL;

2. Respondent's motion to dismiss is DENIED;

3. Petitioner's motion for discovery is DENIED without prejudice;

4. Petitioner's motion for stay and abeyance is DENIED as moot;

5. Petitioner's motion to lift the stay is DENIED as moot; and

6. The matter is REFERRED BACK to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   February 19, 2015     _____

SENIOR  DISTRICT  JUDGE