# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME I. ESTRADA,<br><br>    Petitioner,<br><br>    v.<br><br>MARTIN BITER,<br><br>    Respondent. | Case No. 1:14-cv-00679-DAD-EPG-HC<br><br>ORDER SETTING SCHEDULING CONFERENCE |

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 17, 2017, the assigned District Judge adopted the findings and recommendation and referred this matter back to the undersigned for an evidentiary hearing on Petitioner's first claim for relief. (ECF No. 53).

Accordingly, IT IS HEREBY ORDERED that a scheduling conference will be conducted on Thursday, January 26, 2017, at 10:30 a.m. before the undersigned for purposes of scheduling the evidentiary hearing and addressing any issues pertaining thereto.

IT IS SO ORDERED.

Dated: **January 18, 2017**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1