# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ESTRADA,<br><br>    Petitioner,<br><br>v.<br><br>MARTIN BITER,<br><br>    Respondent. | Case No. 1:14-cv-00679-DAD-EPG-HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 58) |

    Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Currently, a pre-hearing conference is set for March 14, 2017, and an evidentiary hearing is set for May 5, 2017. (ECF No. 57).

    On March 6, 2017, Petitioner moved for a seven-day extension of time to file the parties' joint pre-hearing statement and to reschedule the pre-hearing conference due to Petitioner's counsel's medical emergency.

    Good cause having been presented to the Court,

    IT IS HEREBY ORDERED that:

1. The parties are granted to and including March 14, 2017, to file the joint pre-hearing statement; and

2. The pre-hearing conference is set for **Tuesday, March 21, 2017, at 9:30 a.m.** in Courtroom 10. The parties have leave to appear by telephone. To join the conference,

each party is directed to call the toll-free number **(888) 251-2909** and use Access Code **1024453.**

IT IS SO ORDERED.

Dated: **March 7, 2017**      /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE