# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME I. ESTRADA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MARTIN BITER,<br><br>　　　　Respondent. | Case No. 1:14-cv-00679-DAD-EPG-HC<br><br>ORDER FOLLOWING PRE-HEARING CONFERENCE |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The Court conducted a pre-hearing conference on March 21, 2017. Counsel Carolyn D. Phillips telephonically appeared on behalf of Petitioner. Counsel Tami M. Krenzin telephonically appeared on behalf of Respondent. An evidentiary hearing is scheduled for Friday, May 5, 2017, at 9:00 a.m.

The Court HEREBY ORDERS that:

1. The parties are directed to file their respective witness and exhibit lists on or before **May 3, 2017**; and

2. The original and two copies of all exhibits along with exhibit lists shall be submitted to the Courtroom Deputy no later than **May 3, 2017** in binders as described below. All of Petitioner's exhibits shall be pre-marked with the prefix "PX" and numbered sequentially

1

beginning with 100 (e.g., PX-100, PX-101, etc.). All of Respondent's exhibits shall be pre-marked with the prefix "RX" and numbered sequentially beginning with 200 (e.g., RX-200, RX-201, etc.).

Counsel shall create five (5) complete, legible sets of exhibits in binders as follows:

    a. Three sets of binders to be delivered to the Courtroom Deputy on **May 3, 2017**, for the Court's use; and

    b. One set for each counsel's use.

If the parties desire, they may have an additional set of binders to be used for the purpose of questioning witnesses. All copies submitted to the Court must be legible.

IT IS SO ORDERED.

Dated: __**March 21, 2017**__          /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE