CAROLYN PHILLIPS,   #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
Telephone: (559)248-9833
Facsimile:  (559) 248-9820

Attorney for Petitioner Jaime I. Estrada

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME I. ESTRADA, | Case No. 1:14-cv-679 DAD/EPG HC |
| *Petitioner*, | ORDER GRANTING PETITIONER'S EX PARTE APPLICATION FOR AUTHORITY TO SUBPOENA WITNESSES AND HAVE U.S. MARSHAL PAY WITNESS FEES PURSUANT TO 28 USC §1825(b) |
| v. | |
| MARTIN BITER, | |
| *Respondent*. | |
| | Date:  May 5, 2017<br>Time:  9:00 a.m.<br>Judge:  Hon. Erica P. Grosjean |

Petitioner JAIME I. ESTRADA, through counsel, asks this court for an ex parte order authorizing the issuance of subpoenas and the payment of witness fees by the United States Marshal as provided in 28 U.S.C. §1825(b).  This court has already granted petitioner indigent status and has set an evidentiary hearing in this matter for May 5, 2017, at 9:00 a.m.  The following witnesses must be present at the evidentiary hearing in order to allow Mr. Estrada to present an adequate case:

1. Deputy District Attorney Sandra Bishop
   832 Twelfth St., Ste. 300
   Modesto, CA  95353
   (209)525-5550

1   DDA Bishop was the prosecutor in Estrada's state trial and produced the Stanislaus County District Attorney Office Memoranda regarding a plea offer and a declaration filed during the state court's consideration of Estrada's state habeas petition.

2.  Chuck McKenna
    4224 Madison Lane
    Turlock, CA  95382
    (209)634-0314

Mr. McKenna was the Deputy District Attorney who appeared at the pre-trial conference during which it appears that a 19-year offer was made.

Subpoenas are necessary to secure the appearances of these witnesses at the May 5, 2017 evidentiary hearing.

Dated:      April 17, 2017                     Respectfully submitted,

                                               /s/ Carolyn D. Phillips
                                               Attorney for Petitioner
                                               Jaime I. Estrada

## ORDER

Authorization for the issuance of subpoenas for Sandra Bishop and Chuck McKenna's presence at the May 5, 2017 evidentiary hearing and payment of witness fees by the U.S. Marshal is hereby GRANTED.

IT IS SO ORDERED.

                                        Dated:   **April 24, 2017**

/s/ Erica P. Grosjean

                                                 UNITED STATES
MAGISTRATE JUDGE